### FLEET BANK OF CONNECTICUT *v.* PETER LAWLER ET AL.
### (11908)

LANDAU, FREEDMAN and SCHALLER, Js.

Argued September 30—decision released October 26, 1993

*Peter J. Sterling,* for the appellants (named defendant et al.).

*Ann R. Stravelle-Schmidt,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.